[Strafford, December, 1887.]

### RAFFERTY *v.* DREW.

CASE. The cause of action set forth in the declaration was substantially the same as in *Merrill* v. *Perkins*, 59 N. H. 343. The defendant's demurrer was overruled, and he excepted. The plaintiff excepted to the ruling that she was entitled to damages for no injury to her health caused by her negligently remaining in the defendant's house after it became uninhabitable.

DOE, C. J. No attempt is made to sustain either of the exceptions, and no error appears.

*Case discharged.*

*Dodge & Caverly*, for the plaintiff.

*J. Kivel*, for the defendant.

CARPENTER, J., did not sit: the others concurred.